# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ALICIA ALBRECHT                                                     PLAINTIFF

v.                              No. 3:26-cv-153-DPM

BRAD SNYDER, in his individual and
official capacity as Sheriff, Greene
County, Arkansas                                                    DEFENDANT

## ORDER

Albrecht's complaint, *Doc. 1*, and motion, *Doc. 2*, are noted. The Court directs her to serve process, this Order, and the motion for preliminary injunction on Snyder.  Albrecht must file proof of service. Response to the motion for injunctive relief due ten calendar days after service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_22 May 2026_